**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6543**

———————

ERNEST THOMAS BRISCOE/DICKENS,

Petitioner - Appellant,

versus

LLOYD L. WATERS; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge. (CA-
97-1194-PJM)

———————

Submitted:  October 20, 1998          Decided:  November 4, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ernest Thomas Briscoe/Dickens, Appellant Pro Se.  John Joseph
Curran, Jr., Attorney General, Annabelle Louise Lisic, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Thomas Briscoe/Dickens seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Briscoe/Dickens v. Waters, No. CA-97-1194-PJM (D. Md. Mar. 13, 1998). We further deny Briscoe's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2